IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROS HENG PIN, ID # 1004975,      )<br>    Petitioner,      )<br>vs.      )<br>      )<br>DOUGLAS DRETKE, Director,      )<br>Texas Department of Criminal      )<br>Justice, Correctional Institutions Division,      )<br>    Respondent.      ) | No. 3:03-CV-2282-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this _____ day of _____, 2005.

UNITED STATES DISTRICT JUDGE